# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 03-cr-00415-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     WENDEL ROBERT WARDELL, JR.,

    Defendant-Movant.

---

## MINUTE ORDER[1]

---

    The court reads the defendant's **Objection To Preliminary Record on Appeal** [#969] filed April 29, 2013, as a motion to supplement the record on appeal. The defendant asks that the clerk of the district court include the complete record of this case in the record on appeal. *Motion*, p. 3. The record on appeal is not yet complete and has not been filed with the United States Court of Appeals for the Tenth Circuit.

    **THEREFORE**, the defendant's **Objection To Preliminary Record on Appeal** [#969] filed April 29, 2013, is **DENIED** without prejudice as premature.

    Dated: May 1, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.