IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 03-cr-00415-REB-01
(Civil Action No. 09-cv-02374-REB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  WENDEL ROBERT WARDELL, JR.,

    Defendant-Movant.

## ORDER SUPPLEMENTING RECORD

**Blackburn, J.**

    This matter is before the court *sua sponte*. When resolving the defendant's motion under 28 U.S.C. § 2255, the court noted that the defendant's supplemental designation [#466][1] filed October 15, 2004, is not included in the record in this case. *Order Denying Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255* [#962], p. 33 n. 16.

    Dennis Hartley, Esq., who was counsel for Mr. Wardell when the supplemental designation [#466] was filed, provided the court with a copy of the October 15, 2004, supplemental designation. The record in this case should include a copy of the document provided to the court by Mr. Hartley. Originally, the **Supplemental Designation of Criminal Justice Act Motions** [#466] filed October 15, 2004, was filed under seal because it addressed the status of some motions filed under the Criminal

---

[1] "[#466" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Justice Act. In an abundance of caution, I direct that the copy of the **Supplemental Designation of Criminal Justice Act Motions** [#466] filed October 15, 2004, be filed under restriction level one.

**THEREFORE, IT IS ORDERED** as follows:

1. That the record in this case is **SUPPLEMENTED** to include the document provided to the court by Mr. Hartley as a copy of the **Supplemental Designation of Criminal Justice Act Motions** [#466] originally filed October 15, 2004;

2. That the copy of the **Supplemental Designation of Criminal Justice Act Motions** [#466] originally filed October 15, 2004, **SHALL BE FILED** using the docket number immediately subsequent to the docket number under which this order is docketed;

3. That under D.C.COLO.LCivR 7.2B.5., the copy of the copy of the **Supplemental Designation of Criminal Justice Act Motions SHALL BE FILED** under restriction level one; and

4. That this order **SHALL NOT** be filed under restriction.

Dated May 3 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge